1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANDREW and MARINA FOX,                    No.  2:14-cv-02947-KJM

12                Appellants,

13        v.                                    ORDER

14   ROBERT DE LONG,

15                Appellee.

16

17

18            On December 18, 2014, Andrew and Marina Fox, appellants, filed a notice of

19   appeal from Bankruptcy Case No. 12-226226-C-7, Adversary Proceeding No. 12-2298-C.  ECF

20   No. 1.  The Foxes' opening brief was due on January 26, 2015.  Briefing Schedule in Bankruptcy

21   Appeal, ECF No. 4-1.  On January 22, 2015, counsel for the Foxes filed an ex parte request for an

22   additional twenty-one days to file their opening brief because "a different attorney . . . , Daniel

23   Baxter, will be handling the appeal," and "Mr. Baxter has had a very impacted schedule since the

24   beginning of the year preparing for out of state arbitration and needs time to familiarize himself

25   with the case and record on appeal."  Ex Parte Request ¶ 3, ECF No. 6.  Appellee's counsel

26   refused to stipulate to an extension, but has not formally opposed the request.  *Id.* ¶ 4.

27            As a general matter, the court may grant an ex parte request to extend a deadline if

28   made "as soon as the need for an extension becomes apparent" and the requesting party explains

                                            1

1   in affidavit why a stipulation could not be reached and why an extension is necessary.  *See* Local

2   Rule 143.  Only the first such request is ordinarily granted.  *Id.*  The court accordingly grants the

3   request, but cautions counsel that any further requests for extensions of time will not be granted

4   absent a showing of good cause.  Good cause is generally not established by showing

5   preoccupation with other matters or a busy schedule.  *Dunfee v. Truman Capital Advisors, LP*,

6   No. 12-1925, 2013 WL 5603258, at \*4 (S.D. Cal. Oct. 11, 2013).

7           Appellants' request for a 21-day extension of time to file an opening brief is

8   GRANTED.  Their opening brief shall be filed no later than February 16, 2015.  Appellee's

9   opening brief shall be filed within fourteen days of service of appellants' opening brief, and

10  appellants' reply brief, if any, may be filed within fourteen days after service of appellee's

11  opening brief, as previously ordered.

12          IT IS SO ORDERED.

13  DATED:  January 26, 2015.

14

15  _____

16  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28